**Subject:** RE: prejudice
**From:** Alison Kotler (akotler@Berettausa.com)
**To:** PWilkin@Berettausa.com;
**Cc:** pawski4@yahoo.com;
**Date:** Monday, August 15, 2016 4:14 PM

Paul —

Jeff Reh is now investigation this situation and should be in touch with you. I have spoken with him again a few moments ago and he asked me to let you know.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

Beretta U.S.A. Corp.
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113





**From:** Paul Wilkin
**Sent:** Monday, August 15, 2016 4:32 PM
**To:** Alison Kotler <akotler@Berettausa.com>
**Cc:** pawski4@yahoo.com
**Subject:** RE: prejudice

Ma'am,

I really thought I would hear from you.

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.

1399 Gateway Dr. Gallatin TN 37066
(T) (615) 527-7822 x 1517

**From:** Alison Kotler
**Sent:** Monday, August 08, 2016 7:46 AM
**To:** Paul Wilkin <PWilkin@Berettausa.com>
**Subject:** RE: prejudice

Paul –

To confirm I have received your email below. Please allow me to have a few days to look into this situation further. I will be in touch with you by end of this week.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

Beretta U.S.A. Corp.
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113



  

**From:** Paul Wilkin
**Sent:** Thursday, August 04, 2016 8:18 PM
**To:** Alison Kotler <akotler@Berettausa.com>; Robin Eckers <reckers@Berettausa.com>
**Subject:** prejudice

Allison,

I have repeatedly felt like Chris Tzanakos is prejudice against me. He has on multiple occasions compared me to his ex-wife. Telling me how he could not stand to live with it. He does not give me a fair chance, he continually side against me. Yesterday, he attempted to pull my wife into a conversation, asking me "how does your mental problem affect your relationship with your wife?" Then continuing to tell me how it should.

Additionally, he is holding the 5 week leave as a black mark against me. Continually referring to it. Why did we go through this whole thing just to have my bosses hold it against me and do everything in their power to make me want to leave?

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.
1399 Gateway Dr, Gallatin TN 37066
(T) (615) 527-7822 x 1517

## Attachments

- image001.jpg (18.59KB)
- image002.jpg (11.01KB)
- image003.jpg (9.70KB)
- image004.jpg (10.87KB)