**Subject:** RE: are you in?
**From:** Alison Kotler (akotler@Berettausa.com)
**To:** PWilkin@Berettausa.com;
**Cc:** pawski4@yahoo.com;
**Date:** Monday, August 22, 2016 3:10 PM

Paul –

I informed you that Jeff Reh, General Counsel, is now investigating the matter. To that point, he will be in Gallatin tomorrow. As I stated before you are welcome to reach out to him at any time to discuss with him directly.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

Beretta U.S.A. Corp.
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113





**From:** Paul Wilkin
**Sent:** Monday, August 22, 2016 4:07 PM
**To:** Alison Kotler <akotler@Berettausa.com>
**Cc:** pawski4@yahoo.com
**Subject:** RE: are you in?

No, I wanted to inquire. It has been 2.5 weeks now since I had a very serious complaint. I feel at this point that I am being ignored or swept under the rug. I wish to talk about this.

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.
1399 Gateway Dr, Gallatin TN 37066
(T) (615) 527-7822 x 1517

**From:** Alison Kotler
**Sent:** Monday, August 22, 2016 2:40 PM
**To:** Paul Wilkin <PWilkin@Berettausa.com>
**Subject:** RE: are you in?

Paul –

I was unexpectedly out of the office last Friday. I hope that I didn't miss something urgent. Please keep in mind that Robin and Ali Weston (HR Generalist in MD) can always assist you in my absence.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

**Beretta U.S.A. Corp.**
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113





**From:** Paul Wilkin
**Sent:** Friday, August 19, 2016 4:50 PM
**To:** Alison Kotler <akotler@Berettausa.com>
**Subject:** are you in?

Are you still in the office?

**Paul Wilkin**
ASQ CQT, CQE, CRE

**Beretta U.S.A. Corp.**
1399 Gateway Dr, Gallatin TN 37066
(T) (615) 527-7822 x 1517

## Attachments

- image001.jpg (18.59KB)