**Subject:** FW: Are you still in Tennessee
**From:** Paul Wilkin (PWilkin@Berettausa.com)
**To:** pawski4@yahoo.com;
**Date:** Thursday, August 25, 2016 3:01 PM

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.
1399 Gateway Dr. Gallatin TN 37066
(T) (615) 527-7822 x 1517

**From:** Jeff Reh
**Sent:** Thursday, August 25, 2016 12:01 PM
**To:** Paul Wilkin <PWilkin@Berettausa.com>
**Subject:** RE: Are you still in Tennessee

Dear Paul,

I told Alison I would assess the situation when I was in Gallatin, which I did. I had already seen your complaint about Chris before my visit so I wanted to meet with Chris to also get his side of the story.

The strong impression I came away with after talking to Chris is that, far from being prejudiced against you, he cares about you and wants to help you continue with your job in a professional and responsible manner. Based on my discussions with him I was satisfied that it is certainly not his intent, in word or deed, to do anything but help ensure you are and remain a capable and dependable employee.

Sincerest regards,
Jeff

**From:** Paul Wilkin
**Sent:** Wednesday, August 24, 2016 5:08 PM
**To:** Jeff Reh <jreh@Berettausa.com>
**Subject:** RE: Are you still in Tennessee

Ms. Kotler told me you would speak with me when you were here.

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.
1399 Gateway Dr, Gallatin TN 37066
(T) (615) 527-7822 x 1517

---

**From:** Jeff Reh
**Sent:** Wednesday, August 24, 2016 3:56 PM
**To:** Paul Wilkin <PWilkin@Berettausa.com>
**Subject:** RE: Are you still in Tennessee

No. I returned to Maryland yesterday evening.

---

**From:** Paul Wilkin
**Sent:** Wednesday, August 24, 2016 4:53 PM
**To:** Jeff Reh <jreh@Berettausa.com>
**Subject:** Are you still in Tennessee

Sir,

Are you still in Tennessee?

Paul Wilkin
ASQ CQT,CQE,CRE

Beretta U.S.A. Corp.
1399 Gateway Dr, Gallatin TN 37066
(T) (615) 527-7822 x 1517