**Subject:** Beretta Termination of Employment
**From:** Alison Kotler (akotler@Berettausa.com)
**To:** pawski4@yahoo.com;
**Date:** Monday, September 12, 2016 1:51 PM

Paul –

This email serves to confirm in writing that Beretta has terminated your employment effective Friday September 9th. As a part of this termination Beretta will provide you with a two week (80 hours total) severance package. I will provide you with your severance agreement in a separate email by end of the day today. Your benefits will end 9/30/2016 per company policy. Any remaining vacation hours will be paid to you in your final check, per company policy.

I am unable to coordinate a time this afternoon for you to return to the facility to pick up your personal items. Please confirm a time on Saturday September 17th in the morning that you will be able to return to the facility so I can make the necessary arrangements.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

Beretta U.S.A. Corp.
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113





## Attachments

- image001.jpg (18.59KB)
- image002.jpg (11.01KB)
- image003.jpg (9.70KB)
- image004.jpg (10.87KB)