**Subject:** Re: Beretta Termination of Employment
**From:** Paul WILKIN (pawski4@yahoo.com)
**To:** akotler@Berettausa.com;
**Date:** Tuesday, September 13, 2016 2:40 PM

Ma'am. I am requesting a letter of separation which states the reason I was terminated.

And is there an appeal process. Because beretta has continually aggravated my disability.

Sent from my iPhone

On Sep 12, 2016, at 1:51 PM, Alison Kotler <akotler@Berettausa.com> wrote:

> Paul –
>
> This email serves to confirm in writing that Beretta has terminated your employment effective Friday September 9th. As a part of this termination Beretta will provide you with a two week (80 hours total) severance package. I will provide you with your severance agreement in a separate email by end of the day today. Your benefits will end 9/30/2016 per company policy. Any remaining vacation hours will be paid to you in your final check, per company policy.
>
> I am unable to coordinate a time this afternoon for you to return to the facility to pick up your personal items. Please confirm a time on Saturday September 17th in the morning that you will be able to return to the facility so I can make the necessary arrangements.
>
> Thanks!
>
> Alison L. Kotler, SPHR, SHRM-SCP
> *Director of Human Resources*
>
> Beretta U.S.A. Corp.
> 17601 Beretta Drive, Accokeek, MD 20607
> (T) (301) 283-2191 Ext. 1311
> (F) (301) 283-5113
>
> <Image001.jpg>
>
> <Image002.jpg><Image003.jpg><Image004.jpg>