**Subject:** Re: Beretta Personal Items Pickup Saturday?
**From:** Paul WILKIN (pawski4@yahoo.com)
**To:** akotler@Berettausa.com;
**Date:** Friday, September 16, 2016 10:17 AM

And my written reason for termination?

Sent from my iPhone

On Sep 16, 2016, at 9:43 AM, Alison Kotler <akotler@Berettausa.com> wrote:

Paul –

Beretta will be expecting you tomorrow, Saturday September 17th at Noon to pick up your items. Security is aware and has been notified to permit you to return.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

**Beretta U.S.A. Corp.**
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113

<image001.jpg>

<image002.jpg><image003.jpg><image004.jpg>

**From:** Paul WILKIN [mailto:pawski4@yahoo.com]
**Sent:** Thursday, September 15, 2016 5:39 PM
**To:** Alison Kotler <akotler@Berettausa.com>
**Subject:** Re: Beretta Personal Items Pickup Saturday?

I told you I would be available noon on Saturday. And I asked you to put in writing the reason you told me I was terminated.

Sent from my iPhone

On Sep 15, 2016, at 4:34 PM, Alison Kotler <akotler@Berettausa.com> wrote:

Paul –

Please resend the last two emails you have sent to me so I can review. I have not received them with the time that you have chosen for Saturday. If I had I would have written back to confirm the time, instead of asking you to confirm when you'd prefer to return to the facility.

Thanks!

Alison L. Kotler, SPHR, SHRM-SCP
*Director of Human Resources*

Beretta U.S.A. Corp.
17601 Beretta Drive, Accokeek, MD 20607
(T) (301) 283-2191 Ext. 1311
(F) (301) 283-5113

<image001.jpg>

<image002.jpg><image003.jpg><image004.jpg>


**From:** Paul WILKIN [mailto:pawski4@yahoo.com]
**Sent:** Thursday, September 15, 2016 5:33 PM
**To:** Alison Kotler <akotler@Berettausa.com>
**Subject:** Re: Beretta Personal Items Pickup Saturday?

I have sent you 2 emails. Which you have not responded to. And attempted to call you 5 times. Which you have refused to answer and or return.


Sent from my iPhone

On Sep 15, 2016, at 4:28 PM, Alison Kotler <akotler@Berettausa.com> wrote:

> Paul –
>
> I am awaiting confirmation from you on the time this Saturday September 17th that you would like to return to the facility in Gallatin to pick up your personal items. Please send me confirmation in writing on the time you have chosen so I can make the necessary arrangements.
>
> If you are unable to return to the facility on Saturday, please propose a few alternate dates and times for us to consider.
>
> Thanks!
>
> Alison L. Kotler, SPHR, SHRM-SCP
> *Director of Human Resources*
>
> Beretta U.S.A. Corp.
> 17601 Beretta Drive, Accokeek, MD 20607
> (T) (301) 283-2191 Ext. 1311
> (F) (301) 283-5113